## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION
### Criminal No. 4:19cr47

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| RUSSELL PATRICK JOHNSON, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

### DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

Defendant Russell Patrick Johnson, by counsel and pursuant to Federal Rule of Criminal Procedure 47, respectfully moves the Court to revoke the order of detention entered on September 3, 2019. The grounds for this Motion are set forth in the brief filed contemporaneously herewith.

This the 4th day of September, 2019.

                                              **RUSSELL PATRICK JOHNSON**

                                              /s/

James R. Theuer (VSB #68712)
JAMES R. THEUER, PLLC
555 E. Main St., Suite 1212
Norfolk, VA 23510
Tel: (757) 446-8047
Fax: (757) 446-8048
jim@theuerlaw.com
Attorney for Defendant Russell Patrick Johnson

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to:

        Amy E. Cross, Esq.
        Special Ass't U.S. Attorney
        721 Lakefront Commons, Ste 300
        Newport News, VA  23606
        amy.cross@usdoj.gov

                /s/
        _____
        James R. Theuer (VSB #68712)
        Attorney for Defendant Russell Patrick
            Johnson
        JAMES R. THEUER, PLLC
        555 E. Main St., Suite 1212
        Norfolk, VA  23510
        Tel: (757) 446-8047
        Fax: (757) 446-8048
        jim@theuerlaw.com