IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:19cr47-7 |
| ) | |
| Camilio Gonzalez ) | |

**DEFENDANT'S MOTION FOR A REDUCED SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Camilio Gonzalez, through undersigned counsel, moves this Court for a reduction of his sentence of 114 months pursuant to 18 U.S.C. § 3582(c)(2) based on the retroactive application of Amendment 821 to the U.S. Sentencing Guidelines. In support, Camilio Gonzalez states as follows:

1. On 7-30-20, Camilio Gonzalez was sentenced to 114 months' incarceration, pursuant to a downward variance of his applicable guideline range, 135 to 168 months, based on a final offense level 33 and criminal history category I.

2. Based on the retroactive application of Amendment 821, which alters the assignment of criminal history status points under U.S.S.G. § 4A1.1, Camilio Gonzalez criminal history category has been reduced to I and his guideline range has been reduced to 108 to 135 months.

WHEREFORE, Camilio Gonzalez asks the Court to grant the motion and reduce his sentence in accordance with ZERO POINT offender retroactivity status.

Respectfully submitted,

Camilio Gonzalez

By:_____/s/_____

Kevin M. Diamonstein
Virginia State Bar No. 31498
Attorney & Counselor at Law
700 Tech Center, Suite 200-11
Newport News, Virginia 23606
(757) 223-4484
(757) 534-9272 (telefax)
KDiamonsteinlaw@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2024, I have electronically filed the foregoing pleading with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin Hudson, Esquire
Assistant United States Attorney
Unites States Attorney's Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
(757) 591-4020 Telephone
(757) 591-0866 Facsimile
kevin.hudson@usdoj.gov

I FURTHER CERTIFIY that a true and correct copy of the foregoing pleading will be served by mail on the following non-filers:

Camilio Gonzalez
# 18254-104
FCI-Oxford
Oxford, WI. 53952

By ____/s/_____
Kevin M. Diamonstein, Esquire
VSB No. 31498
Attorney for Camilio Gonzalez
Attorney & Counselor at Law
700 Tech Center, Suite 200-11
Newport News, Virginia 23606
(757) 223-4484 Telephone
(757) 534-9272 Facsimile
KDiamonsteinlaw@gmail.com

9